IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                      No. 4:13CM00126 JLH
                        No. 4:13CR00268 JLH

JUSTIN JAY TAYLOR,
BLAKE LYNN TAYLOR,
and AUSTIN H. TAYLOR                                              DEFENDANTS

## ORDER

Pending before the Court is defendant Justin Jay Taylor's motion to continue hearing on appeal of magistrate's order currently set for Friday, September 20, 2013. Without objection, the motion is GRANTED. Document #33 in case number 4:13CR00268 JLH.

The hearing on the notice of appeal of the magistrate judge's release order is hereby rescheduled for **TUESDAY, SEPTEMBER 24, 2013, at 1:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #1 in case number 4:13CM00126 JLH; Document #22 in case number 4:13CR00268 JLH.

IT IS SO ORDERED this 18th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE